UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21183-CIV-GAYLES
MAGISTRATE JUDGE P.A. WHITE

JAMES M. SOOKOV, JR,

    Plaintiff,

vs.

REPORT ON DISMISSAL OF
FOR LACK OF PROSECUTION
(Failure to Comply with
Scheduling Order)

DR. I. ABIA, MEDICAL DIRECTOR,

    Defendants.

_____

    James M. Sookov, filed a pro se complaint. His complaint was screened and it was recommended that the complaint be permitted to proceed against Dr. Abia. (DE# 8). The Dr. Abia was served with the complaint and filed an answer. (DE# 16, 18). A scheduling order was entered. (DE# 19). The plaintiff filed a motion seeking the appointment of counsel and an extension of time to comply with the scheduling order. (DE# 20). Both motions were denied. (DE# 23).

    The defendant thereafter filed a motion for extension of time to comply with the scheduling order due to difficulties communicating with the plaintiff who had been released from custody. (DE#24). This motion was granted. (DE# 26). Two additional extensions were granted due to the plaintiff's difficulty in obtaining medical records. (DE# 29-32). On November 17, 2016 the defendant's filed a notice of non-compliance on the part of the plaintiff for failing to comply with the scheduling order. (DE# 33). The plaintiff has not filed any response to the notice of non-compliance, nor has he filed any document in this case in over one year.

The plaintiff was advised in the scheduling order to failure to comply with the order, in particular failure to file a pretrial statement, would result in dismissal of his complaint. Furthermore, in the initial instructions to the pro se plaintiff he was advised that "It is the plaintiff's responsibility to actively pursue this case, obtain any essential discovery, file all necessary pleadings and motions and otherwise comply with all scheduling orders and prepare the case for trial.  Failure to do this will probably result in dismissal of the case for lack of prosecution." The plaintiff has failed to comply with the scheduling order, obtain essential discovery or otherwise prepare for trial.

Based on the foregoing, it is recommended that the instant action be dismissed for lack of prosecution.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated at Miami, Florida, this 30th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   James M. Sookov, Jr.
      2924 Parkdale Ave.
      Las Vegas, NV 89121
      PRO SE

      Eric Daniel Freedman
      Mary Katherine Hunter
      Counsel for Defendant
      Chimpoulis, Hunter, Lynn
      150 South Pine Island Road
      Suite 510
      Plantation, FL 3332